1
2  Roxzana Botas
   1159 West Valley View Drive
3  Fullerton, CA 92833
   (760) 443-1149
4
   In Pro Per for Named Defendant; ROXZANA BOTAS HTTA ROXANA BOTASH
5
6
7              UNITED STATES DISTRICT COURT
8            CENTRAL DISTRICT OF CALIFORNIA
9
10 JP MORGAN CHASE BANK, N.A.        Case No. 8:17-CV-01680-CSC(JCGx)
11        Plaintiff(s),
12 vs.                               **NOTICE OF REMOVAL**
13 ROXZANA BOTAS HTTA ROXANA
   BOTASH; and DOES 1 to 6, inclusive,   Plaintiff's State Complaint filed:
14                                        August 17, 2017
15        Defendant(s),
16
17
18
19 TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL
20 DISTRICT OF CALIFORNIA AND THE HONORABLE JUDGES THEREOF:
21        PLEASE TAKE NOTICE that Defendant ROXZANA BOTAS ("Defendant or
22 "BOTAS") hereby removes the above-captioned action Case No. 30-2017-00938381-CL-UD-
23 NJC from the Superior Court of the State of California, in and for the County of Orange, to this
24 United States District Court, Central District of California pursuant to 28 U.S.C. § 1331, 1441(a),
25 and 1443(1). The following are the grounds for removal:
26 1.     Defendant is named in the civil action filed on August 17, 2016, by Plaintiff JP
27 MORGAN CHASE BANK, N.A. ("Plaintiff") in the Superior Court of the State of California,
28

                    NOTICE OF REMOVAL OF ACTION

County of Orange, Case No. 30-2017-00938381-CL-UD-NJC who asserts a limited civil claim through an Unlawful Detainer action. A true and correct copy is attached hereto as Exhibit "A".

2.     Defendant is aware of a similar federal case whereby the same claims are being litigated – See Nordolillo v. JPMorgan Chase Nardolillo v. Chase - Nardolillo v. JPMorgan Chase is scheduled for trial in April in California's North District Court.  This case includes illegal substitutions of trustees by Chase, if they were not the beneficiary per the Purchase and Assumption Agreement (PAA). Nardolillo is not the first to allege that JPMorgan Chase is playing an ownership shell-game (see Fox).

3.     Defendant BOTAS believes that she is being denied her due process, thus, violating her civil rights by the Plaintiff who has full knowledge of the pending Federal case.

4.     Defendant BOTAS, in preparing this removal, discovered that Plaintiff JP MORGAN CHASE BANK, N.A. does not have standing to maintain their lawsuit because Plaintiff is not the beneficial owner of the "asset".

5.     This Court has jurisdiction over the state action pursuant to 28 U.S.C. § 1443(1). Specifically, Defendant alleges that by the denial of her claim the Defendant would denied equal protection and due process of law to which she is entitled to under the 14th Amendment to the United States Constitution.

6.     The actual controversy at issue exceeds $75,000.00, which is above the threshold of the Limited Civil State Court.

7.     Diversity; The Plaintiff in the state case is a foreign corporation.

8.     Plaintiff JP MORGAN CHASE BANK, N.A. is attempting to deny Defendant BOTAS her Fifth Amendment Rights – The Fifth Amendment of the United States Constitution states "No individual shall be deprived of life, liberty, or property without due process of law…" According to the 14th Amendment of the United States Constitution, due process clause and equal protection clause (Section 1), expressly declares "no state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property without due process of law…"

9.     Venue is proper in this court pursuant to 28 U.S.C. § 1441(a) & § 1446(a) because the United States District Court for the Central District of California is the federal judicial district

embracing the Superior Court of California, County of Orange, where the state court action was originally filed.

10.    Pursuant to 28 U.S.C. § 1446(d), upon the filing of this Notice of Removal, Defendant BOTAS will promptly file a notice in the Superior Court of California for the County of Orange to complete this removal. Defendant will also promptly serve Plaintiff with this Notice of Removal as well as the notice to be filed in the state superior court.

WHEREFORE, Defendant ROXZANA BOTAS hereby removes the Orange County Superior Court Case No. 30-2017-00938381-CL-UD-NJC to the United States District Court, Central District of California.

DATED: September 26, 2017

By: _____
ROXZAN BOTAS In Pro Per

EXHIBIT "A"

SUM-130

# SUMMONS
## (CITACION JUDICIAL)
### UNLAWFUL DETAINER—EVICTION
### (RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
ROXZANA BOTAS HTTA ROXANA BOTASH; and DOES 1 to 6, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
JP MORGAN CHASE BANK, N.A.

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

**ELECTRONICALLY FILED**
Superior Court of California,
County of Orange

**08/17/2017** at 01:59:37 PM

Clerk of the Superior Court
By Vicky Huang, Deputy Clerk

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

1.  The name and address of the court is:
    *(El nombre y dirección de la corte es):*
    SUPERIOR COURT OF CALIFORNIA
    COUNTY OF ORANGE
    1275 N. Berkeley Avenue
    Fullerton, CA  92838-0500
    NORTH JUSTICE CENTER

    CASE NUMBER:
    *(Número del caso):*   30-2017-00931381-CL-UD-NJC

2.  The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
    *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
    Randall D. Naiman, Esq. (#81048)                    (858) 224-6800
    Naiman Law Group, PC                                (858) 224-6801
    4660 La Jolla Village Drive, Suite 850
    San Diego, CA 92122

3.  *(Must be answered in all cases)* An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400–6415)  [X] did not  [ ] did
    for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

Date:  08/17/2017  DAVID H. YAMASAKI, Clerk of the Court          Clerk, by _____ , Deputy
*(Fecha)*                                                          *(Secretario)*                      *(Adjunto)*

Vicky Huang

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

4.  NOTICE TO THE PERSON SERVED: You are served
    a. [X] as an individual defendant.
    b. [ ] as the person sued under the fictitious name of *(specify)*:
    c. [ ] as an occupant
    d. [ ] on behalf of *(specify)*:
        under: [ ] CCP 416.10 (corporation)           [ ] CCP 416.60 (minor)
               [ ] CCP 416.20 (defunct corporation)    [ ] CCP 416.70 (conservatee)
               [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
               [ ] CCP 415.46 (occupant)               [ ] other *(specify)*:

5.  [ ] by personal delivery on *(date)*:

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

SUMMONS—UNLAWFUL DETAINER—EVICTION

Legal
Solutions
Plus

Code of Civil Procedure §§ 412.20, 415.456, 1167

SUM-130

| | |
|---|---|
| PLAINTIFF *(Name)*: JP MORGAN CHASE BANK, N.A. | CASE NUMBER: |
| DEFENDANT *(Name)*: ROXZANA BOTAS HTTA ROXANA BOTASH; and DOES 1 to 6, inclusive | |

6.   **Unlawful detainer assistant** *(complete if plaintiff has received any help or advise for pay from an unlawful detainer assistant)*.

   a.   Assistant's name:

   b.   Telephone no.:

   c.   Street address, city, and zip:

   d.   County of registration:

   e.   Registration no.:

   f.   Registration expires on *(date)*:

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Randall D. Naiman, Esq. (#81048)<br>Naiman Law Group, PC<br>4660 La Jolla Village Drive<br>Suite 850<br>San Diego, CA 92122 | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of Orange |
| TELEPHONE NO.: (858) 224-6800     FAX NO.: (858) 224-6801 | **08/17/2017** at 02:59:37 PM |
| ATTORNEY FOR (Name): JP MORGAN CHASE BANK, N.A. | Clerk of the Superior Court |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE<br>STREET ADDRESS: COUNTY OF ORANGE<br>MAILING ADDRESS: 1275 N. Berkeley Avenue<br>CITY AND ZIP CODE: Fullerton, CA 92838-0500<br>BRANCH NAME: NORTH JUSTICE CENTER | By Vicky Huang, Deputy Clerk |

| CASE NAME:     JP MORGAN CHASE BANK v. BOTASH |
|---|

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| [ ] Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | [x] Limited<br>(Amount<br>demanded is<br>$25,000 or less) | [ ] Counter     [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | 30-2017-00938381-CL-UD-NJC<br>JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation |
|---|---|---|
| [ ] Auto (22) | [ ] Breach of contract/warranty (06) | (Cal. Rules of Court, rules 3.400–3.403) |
| [ ] Uninsured motorist (46) | [ ] Rule 3.740 collections (09) | [ ] Antitrust/Trade regulation (03) |
| **Other PI/PD/WD (Personal Injury/Property** | [ ] Other collections (09) | [ ] Construction defect (10) |
| **Damage/Wrongful Death) Tort** | [ ] Insurance coverage (18) | [ ] Mass tort (40) |
| [ ] Asbestos (04) | [ ] Other contract (37) | [ ] Securities litigation (28) |
| [ ] Product liability (24) | **Real Property** | [ ] Environmental/Toxic tort (30) |
| [ ] Medical malpractice (45) | [ ] Eminent domain/Inverse | [ ] Insurance coverage claims arising from the |
| [ ] Other PI/PD/WD (23) | condemnation (14) | above listed provisionally complex case |
| **Non-PI/PD/WD (Other) Tort** | [ ] Wrongful eviction (33) | types (41) |
| [ ] Business tort/unfair business practice (07) | [ ] Other real property (26) | **Enforcement of Judgment** |
| [ ] Civil rights (08) | **Unlawful Detainer** | [ ] Enforcement of judgment (20) |
| [ ] Defamation (13) | [ ] Commercial (31) | **Miscellaneous Civil Complaint** |
| [ ] Fraud (16) | [x] Residential (32) | [ ] RICO (27) |
| [ ] Intellectual property (19) | [ ] Drugs (38) | [ ] Other complaint (not specified above) (42) |
| [ ] Professional negligence (25) | **Judicial Review** | **Miscellaneous Civil Petition** |
| [ ] Other non-PI/PD/WD tort (35) | [ ] Asset forfeiture (05) | [ ] Partnership and corporate governance (21) |
| **Employment** | [ ] Petition re: arbitration award (11) | [ ] Other petition (not specified above) (43) |
| [ ] Wrongful termination (36) | [ ] Writ of mandate (02) | |
| [ ] Other employment (15) | [ ] Other judicial review (39) | |

2. This case [ ] is   [x] is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties     d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel     e. [ ] Coordination with related actions pending in one or more courts
      issues that will be time-consuming to resolve          in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence          f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought (check all that apply): a. [x] monetary b. [x] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action (specify): 1
5. This case [ ] is   [x] is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: August 16, 2017

Randall D. Naiman, Esq. (#81048)
_____     _____
(TYPE OR PRINT NAME)                                  (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | CIVIL CASE COVER SHEET | Legal<br>Solutions<br>& Plus | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10 |

INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one box** for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)—Personal Injury/Property
   Damage/Wrongful Death
Uninsured Motorist (46) *(if the
   case involves an uninsured
   motorist claim subject to
   arbitration, check this item
   instead of Auto)*

**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
Asbestos (04)
   Asbestos Property Damage
   Asbestos Personal Injury/
      Wrongful Death
Product Liability *(not asbestos or
   toxic/environmental)* (24)
Medical Malpractice (45)
   Medical Malpractice—
      Physicians & Surgeons
   Other Professional Health Care
      Malpractice
Other PI/PD/WD (23)
   Premises Liability (e.g., slip
      and fall)
   Intentional Bodily Injury/PD/WD
      (e.g., assault, vandalism)
   Intentional Infliction of
      Emotional Distress
   Negligent Infliction of
      Emotional Distress
   Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
   Practice (07)
Civil Rights (e.g., discrimination,
   false arrest) *(not civil
   harassment)* (08)
Defamation (e.g., slander, libel)
   (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
   Legal Malpractice
   Other Professional Malpractice
      *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
   Breach of Rental/Lease
      Contract *(not unlawful detainer
      or wrongful eviction)*
   Contract/Warranty Breach—Seller
      Plaintiff *(not fraud or negligence)*
   Negligent Breach of Contract/
      Warranty
   Other Breach of Contract/Warranty
Collections (e.g., money owed, open
   book accounts) (09)
   Collection Case—Seller Plaintiff
   Other Promissory Note/Collections
      Case
Insurance Coverage *(not provisionally
   complex)* (18)
   Auto Subrogation
   Other Coverage
Other Contract (37)
   Contractual Fraud
   Other Contract Dispute

**Real Property**
Eminent Domain/Inverse
   Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
   Writ of Possession of Real Property
   Mortgage Foreclosure
   Quiet Title
   Other Real Property *(not eminent
      domain, landlord/tenant, or
      foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal
   drugs, check this item; otherwise,
   report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
   Writ–Administrative Mandamus
   Writ–Mandamus on Limited Court
      Case Matter
   Writ–Other Limited Court Case
      Review
Other Judicial Review (39)
   Review of Health Officer Order
   Notice of Appeal–Labor
      Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
   *(arising from provisionally complex
   case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
   Abstract of Judgment (Out of
      County)
   Confession of Judgment *(non-
      domestic relations)*
   Sister State Judgment
   Administrative Agency Award
      *(not unpaid taxes)*
   Petition/Certification of Entry of
      Judgment on Unpaid Taxes
   Other Enforcement of Judgment
      Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified
   above)* (42)
   Declaratory Relief Only
   Injunctive Relief Only *(non-
      harassment)*
   Mechanics Lien
   Other Commercial Complaint
      Case *(non-tort/non-complex)*
   Other Civil Complaint
      *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate
   Governance (21)
Other Petition *(not specified
   above)* (43)
   Civil Harassment
   Workplace Violence
   Elder/Dependent Adult
      Abuse
   Election Contest
   Petition for Name Change
   Petition for Relief from Late
      Claim
   Other Civil Petition

1   Randall D. Naiman, Esq. - State Bar No. 81048
    NAIMAN LAW GROUP,
2   Professional Corporation
    4660 La Jolla Village Drive, Suite 850
3   San Diego, California 92122
    (858) 224-6800 (telephone)
4   (858) 224-6801 (facsimile)

5   Attorney for Plaintiff, **JP MORGAN CHASE BANK, N.A.**

**ELECTRONICALLY FILED**
Superior Court of California,
County of Orange

**08/17/2017** at 02:59:37 PM
Clerk of the Superior Court
By Vicky Huang, Deputy Clerk

6

7

8                   SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE

9                               NORTH JUSTICE CENTER

10

11  JP MORGAN CHASE BANK, N.A.                )   Case No.: 30-2017-00938381-CL-UD-NJC
                    Plaintiff,                )
12                                            )   LIMITED CIVIL CASE
                                              )
13        vs.                                 )   COMPLAINT FOR UNLAWFUL
                                              )   DETAINER
14  ROXZANA BOTAS HTTA ROXANA                 )
    BOTASH; and DOES 1 to 6, inclusive        )   AMOUNT DEMANDED DOES NOT
15                                            )   EXCEED $10,000.00
                                              )
16                  Defendants.               )   Action based on Code of Civil Procedure
                                              )   Section 1161a
17                                            )
                                              )   Foreclosure
18  _____ )

19

20        Plaintiff alleges:

21        1.      This court is the proper court for the trial of this action because:

22        a.      Each Defendant resides and/or conducts business in the area served by this Court;

23        b.      The real property which is the subject of this action 1159 West Valley View Drive,

24  Fullerton, CA 92833 (hereinafter "the Property"), is located in the area served by this Court; and

25        c.      The amount of damages claimed in this action does not exceed $10,000.00.

26        2.      Plaintiff is informed and believes and upon such information and belief alleges that

27  Defendant(s) Roxzana Botas HTTA Roxana Botash (hereinafter "Defendant(s)") at all times herein

28

                                              1

mentioned is/are currently resident(s) of the County of Orange, State of California, and reside within the jurisdictional boundaries of this Court.

3.     The true names and capacities of Does 1 through 6, inclusive, are presently unknown to Plaintiff, who therefore sues such Defendant(s) under such fictitious names pursuant to Section 474 of the Code of Civil Procedure.  Plaintiff is informed and believes, and on such information and belief, alleges that each such "Doe" Defendant is in possession of the Property, without the permission or consent of Plaintiff, and Plaintiff will amend this complaint to state the true names and capacities of said Defendant(s) when the same have been ascertained.

4.     Plaintiff is the owner of and entitled to immediate possession of the Property. Defendant(s), and each of them, are and remain in possession of the Property.

5.     On or about October 10, 2013, the Property was sold to Plaintiff at a trustee's sale following foreclosure proceedings.  Said foreclosure and all notices preceding said foreclosure were done in compliance with Section 2924 et. seq. of the California Civil Code, under power of sale contained in a deed of trust executed by Roxzana Botas HTTA Roxana Botash, and title under the sale was duly perfected in Plaintiff by the recording of a Trustee's Deed Upon Sale in the Official Records, County of Orange.  A true and correct copy of the Trustee's Deed Upon Sale is attached to this complaint as Exhibit "A" and incorporated herein by this reference.

6.     On August 11, 2017, Defendant(s), and each of them, were served with a three-day written notice to quit and deliver up possession of the Property to Plaintiff ("Notice") and the cover sheet described in California Code of Civil Procedure section 1161c ("Cover Sheet").  The Notice and Cover Sheet were served in accordance with Code of Civil Procedure section 1162.  True and correct copies of the Notice, Cover Sheet, and Proof(s) of Service thereof are attached to this complaint collectively as Exhibit "B" and incorporated herein by this reference.

7.     More than three (3) days have elapsed since the service of the Notice, but Defendant(s) have failed and refused to deliver up possession of the Property.

8.     Defendant(s) continue in possession of the Property without Plaintiff's permission or consent.

Complaint - Unlawful Detainer

9.      Defendant(s) hold(s) over and continue(s) in possession of the Property willfully, intentionally and deliberately without permission or consent of Plaintiff, and Plaintiff is entitled to immediate possession of the Property.

10.     The reasonable value of the use and occupancy of the Property is at least $50.00 per day, and damages to Plaintiff caused by Defendant(s)' unlawful detention thereof has accrued at said rate since August 15, 2017, and will continue to accrue at said rate so long as Defendant(s) remain in possession of the property.

WHEREFORE, Plaintiff prays judgment against Defendant(s) as follows:

1.      For restitution and possession of the Property;

2.      For damages in the amount of at least $50.00 per day from August 15, 2017, through the date of entry of judgment;

3.      For costs of suit herein; and,

4.      For such other and further relief as the court may deem just and proper.

Dated: August 16, 2017

NAIMAN LAW GROUP,
Professional Corporation

By:   _____
Randall D. Naiman, Esq.
Attorney for Plaintiff, JP MORGAN CHASE
BANK, N.A.

3

Complaint – Unlawful Detainer

RECORDING REQUESTED BY
FIRST AMERICAN TITLE COMPANY

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

15.00

\* S R 0 0 0 6 2 6 7 6 0 9 8 \*

2013000585693 3:19 pm 10/16/13
53 Sec2 T09 F13   3
0.00 0.00 0.00 0.00 6.00 0.00 0.00 0.00

RECORDING REQUESTED BY:
Title Trust Deed Service Company
MAIL TAX STATEMENTS TO
AND WHEN RECORDED MAIL TO:
JPMORGAN CHASE BANK N.A.
CHASE H E DEFAULT PROCESS II - MAIL
CODE OH-7160 3415 VISION DRIVE
COLUMBUS OH 43219

7580765

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## TRUSTEE'S DEED UPON SALE

MAIL STATEMENTS TO:
SAME AS ABOVE

DOCUMENTARY TRANSFER TAX

XXXX   Computed on full value of Property Conveyed.
_____   Or Computed on full value less liens and or
encumbrances remaining at time of sale.

The grantee WAS the foreclosing beneficiary
The amount of the unpaid debt WAS $263,845.01
The amount bid at sale WAS $214,716.44

Title Trust Deed Service Company
Declarant or Agent determining tax.

Errol Stillman

AP No.: 028-081-13

TRANSFER TAX: \$NONE

Client Ref.: 758075   Loan No.: XXXXXX7057 TTD No.: 20121079566844

TITLE TRUST DEED SERVICE COMPANY as present Trustee under the Deed of Trust hereinafter
particularly described, the First Party, hereby grants, without warranty to:
JPMORGAN CHASE BANK, N.A.

the Second Party, all of the real property situated in the County of          ORANGE      , State of CALIFORNIA
described as follows:

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF

This conveyance is made pursuant to the powers of sale conferred upon First Party by that certain Deed of Trust between
ROXZANA BOTAS HTTA ROXANA BOTASH
as Trustor(s) to CALIFORNIA RECONVEYANCE COMPANY, A OHIO CORPORATION  as Trustee, and
WASHINGTON MUTUAL BANK, A FEDERAL ASSOCIATION as Beneficiary, dated 11-06-2006, and recorded on 12-13-2006,
as Instrument No.: 006000833461 , in Book /// , Page /// , of Official Records in the Office of the County Recorder of ORANGE
County, State of CALIFORNIA , and after the fulfillment of the conditions specified in said Deed of Trust authorizing this
conveyance as follows:

[Page 1 of 2 Pages]

EXHIBIT A

CA   TRUSTEES DEED WB   NEW - TTDCA45

TT D No.: 201: 1079566844
Loan No.: XX) XXX7057

(a) Defaul was made in the obligations for which such transfer in trust was given as security, and Notice of Default was recorded in the Office of the County Recorder of each county in which the property described in said Deed of Trust, or any part thereof, is situated; the nature of such default being fully described in the recorded Notice of Default, and such default still existed at the same time of sale.

(a) Not le s than three months elapsed between the recordation of said Notice of Default and the posting and the first publication of t e Notice of Sale of said property.

(b) The be eficiary made due and proper demand upon the said Trustee to sell said property pursuant to the terms of said Deed of Trust.

(c) Said T ustee gave notice of the time and place of the sale of said property in accordance with the laws of the State of California, and he terms of said Deed of Trust.

(d) All re uirements of law regarding the mailing, publication and delivery of copies of the Notice of Default, and of all other notices, h ving been complied with.

(f) Said pr perty was sold by said Trustee at public auction on **10-10-2013** , in the said County of **ORANGE** , in which said property is situated, in full accordance with the laws of the State of California, and the terms of said Deed of Trust. Said Second Party b ing the highest bidder at such sale became the purchaser of said property and paid therefore to said Trustee, the amount bid bei g **$214,716.44** , DOLLARS, in lawful money of the United States.

IN WITNESS WHEREOF, the said First Party has executed this conveyance on **10-10-2013**

Title Trust Deed Service Company

BY: _____
Errol Stillman, PRESIDENT

STATE OF   CALIFORNIA            )
                                )SS.
COUNTY OF   LOS ANGELES          )
On _10-15- 2013_ before me, _Arlene H. Behr_____ Notary Public, personally appeared ___ Errol Stillman _____, who proved to me on the basis of satisfactory evidence to the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

ARLENE H. BEHR
COMM. # 1962036
NOTARY PUBLIC-CALIFORNIA
VENTURA COUNTY
My Commission Expires DECEMBER 27, 2015

[Page 2 of 2 Pages]
TITLE TRUST DEED SERVICE COMPANY
26679 West Agoura Road Suite 225
Calabasas, CA 91302
Phone: (818) 871-1900 Fax: (818) 871-1901

CA - TRUSTEES DEED WDD NEW - TTDC.rtf

# EXHIBIT "A"

PARCEL A

PARCEL 3, IN THE CITY OF FULLERTON, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 95, PAGE 10 OF PARCEL MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT THEREFROM ALL OIL, GAS, MINERALS, AND OTHER HYDROCARBON SUBSTANCES LYING BELOW A DEPTH OF 500 FEET WITHOUT ANY RIGHT TO ENTER UPON THE SURFACE OR THE SUBSURFACE OF SAID LAND ABOVE A DEPTH OF 500 FEET, AS PROVIDED IN INSTRUMENTS OF RECORD.

PARCEL B

AN EASEMENT FOR GAS PIPELINES AND WATER PIPELINES AND INCIDENTAL PURPOSES OVER THE WEST 10 FEET OF THE SOUTH 216.66 FEET OF LOT 5 OF TRACT NO. 1044, IN THE CITY OF FULLERTON, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 34, PAGE 14 OF MISCELLANEOUS MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

Notice to Any Renters Living At

1159 West Valley View Drive, Fullerton, CA 92833

The attached notice means that your home was recently sold in foreclosure and the new owner plans to evict you.

You should talk to a lawyer NOW to see what your rights are. You may receive court papers in a few days. If your name is on the papers it may hurt your credit if you do not respond and simply move out.

Also, if you do not respond within five days of receiving the papers, even if you are not named in the papers, you will likely lose any rights you may have. In some cases, you can respond without hurting your credit. You should ask a lawyer about it.

You may have the right to stay in your home for 90 days or longer, regardless of any deadlines stated on any attached papers. In some cases and in some cities with a "just cause for eviction law," you may not have to move at all. But you must take the proper legal steps in order to protect your rights.

How to Get Legal Help

If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Internet Web site (www.lawhelpca.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

This cover sheet is being provided in accordance with California Code of Civil Procedure §1161c.

EXHIBIT B

## NOTICE TO VACATE

TO:       Roxana Botas HTTA Roxana Botash; and all tenants, subtenants, and others in possession

ADDRESS:   1159 WEST VALLEY VIEW DRIVE, FULLERTON, CA 92833

The above-referenced real property ("Property") was sold at a foreclosure sale. The new owner seeks to recover possession of the Property in good faith to market and sell the Property.

Within **three (3) days** after service of this notice, you are hereby required to vacate and deliver possession of the Property to the undersigned unless you are a residential tenant or subtenant.

If you are a residential tenant or subtenant, then you must vacate the Property within **ninety (90) days** after service of this notice *unless* you are holding possession of the Property under a fixed term lease entered into before transfer of title at the foreclosure sale in which case you must vacate the Property at the end of the lease term, or ninety (90) days after service of this notice, whichever occurs later.

To be considered a fixed term lease, *all* of the following conditions must exist: (1) you are not the mortgagor or the child, spouse, or parent of the mortgagor; (2) your lease was the result of an arms' length transaction; (3) the lease requires the receipt of rent that is not substantially less than fair market rent for the Property, except when the rent is reduced or subsidized due to a federal, state or local subsidy or law; and (4) no party to the promissory note remains in the Property as a tenant, subtenant or occupant.

If you claim to be a tenant or subtenant, within three days after service of this notice, please notify the undersigned in writing of your tenancy and provide the undersigned with the following information: (a) a copy of your lease or rental agreement, or if you do not have a written lease or rental agreement, please provide a written explanation of the terms of the agreement under which you occupy the Property, including without limitation, the date you entered into the agreement, the names of all parties who entered into the agreement, the term of the agreement, the amount of monthly rent, the utilities paid by the landlord (if any), the amount of your security deposit (if any), and whether you receive assistance under the U.S. Department of Housing and Urban Development's (HUD) Section 8 Housing Program; (b) proof of your last rental payment and any security deposit; (c) a list of any conditions at the Property that require repair; and (d) whether you are the child, spouse, or parent of the mortgagor.

If you are a residential tenant who rented the Property before the foreclosure sale, you have a right to request that the new owner or its authorized agent make an initial inspection of the Property to determine its condition before you vacate, and you have the right to be present during the inspection. The purpose of the inspection is to allow you an opportunity to remedy identified deficiencies or damage to the Property, if any, caused by you. If you wish to have such an inspection, please contact the undersigned as soon as possible. If you request an inspection, you will be given 48 hours advance notice of the inspection, but you may waive in writing the required 48 hours' notice and have the inspection done sooner.

If you are a tenant who rented the Property before the foreclosure sale, you are notified of the following: State law permits former tenants to reclaim abandoned personal property left at the former address of the tenant, subject to certain conditions. You may or may not be able to reclaim personal property without incurring additional costs, depending on the cost of storing the personal property and the length of time before it is reclaimed. In general, these costs will be lower the sooner you contact the owner of the Property after being notified that personal property belonging to you was left behind after you moved out.

This notice constitutes a notice to quit pursuant to California <u>Code of Civil Procedure</u> sections 1161a and 1161b and a notice of termination of tenancy/non-renewal of lease as to any tenancies that survived the foreclosure sale.

### <u>IMPORTANT NOTICE FOR SERVICEMEMBERS AND THEIR DEPENDENTS</u>

If you are or recently were on active duty or active service, you may be eligible for benefits and protections under the federal Servicemembers Civil Relief Act (SCRA). This includes protection from foreclosure or eviction. You also may be eligible for benefits and protections under state law. SCRA and state military benefits and protections also may be available if you are the dependent of an eligible servicemember.

Eligible service may include.

- Active duty with the Army, Navy, Air Force, Marine Corps, or Coast Guard

- Active service with the National Guard under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days for purposes of responding to a national emergency declared by the President and supported by Federal funds

- Active service as a commissioned officer of the National Oceanic and Atmospheric Administration

- Active service as a commissioned officer of the Public Health Service

- Service with the forces of a nation with which the United States is allied in a war or military action

- Service by a citizen of the United States with the National Guard or a state militia under a state call to duty; or

- Any period when you are absent from duty because of sickness, wounds, leave, or other lawful cause.

For more information on SCRA, please contact the undersigned at (858) 224-6800.

DATED  August 10, 2017

NAIMAN LAW GROUP,
Professional Corporation

By: Randall D. Naiman, Esq.
Attorneys for the new owner: JP Morgan
Chase Bank, N.A.
4660 La Jolla Village Drive, Suite 850
San Diego, CA 92122
Telephone: (858) 224-6800
Facsimile: (858) 224-6801

**CALIFORNIA PENAL CODE SECTION 594** reads as follows: "Every person who maliciously injures or destroys any real or personal property not his/her own, in cases otherwise than such as are specified in this Code, is guilty of a misdemeanor."

Attorney of Party Wite   Attorney (Name and Address)
Randall D. Nain an, Esq. (SBN 81048)
4660 La Jolla V lage Drive, Suite 850
San Diego                CA        92122
Attorney For PLANTIFF

Telephone No. (858)224-6800

Reference Number 0706094        77294

Plaintiff/Petitioner:    JPMorgan Chase Bank, N.A.
Defendant/Respondent:    Roxana Botas HTTA Roxana Botash, et al.

PROOF OF SERVICE          NOTICE

I, the undersigned declare that at the time of the service of the papers herein referred to, I was at least EIGHTEEN (18) years of age, and that I served the following notice:

Notice to Vacate and Coversheet

Person Served:    Roxana Botas HTTA Roxana Botash
Description    : Fem 55 140 Red Hair

Address:    1 59 West Valley Drive
           Fullerton, CA 92533

Manner of Service : Personal Service

Date and Time of Service: 8/11/2017 at 4:00pm

[X] BY DELIVERING a copy of the Notice to each of the above-named tenant(s) personally.

7. Person Servir  (name, address, and telephone No.)
**Attorney Service of San Dimas**
142 East Bonita Avenue, #51
San Dimas, CA 91773
(909)394-1202 Fax (909)394-1204

Fee for service: $   $45.00
Sheri Gonzalez
Registered California Process Server
(i) Independent Contractor
(ii) Registration No.  6999
(iii) County  Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 8/14/2 17

(Signature)

Judicial Council form  POS-010          Code Civil Procedure 417.10(?)

Proof of Service

| Attorney or Party Without Attorney (Name and Address): | | Telephone No.: | FOR COURT USE ONLY |
|---|---|---|---|
| Randall D. Naiman, Esq. (SBN 81048) | | (858)224-6800 | |
| 4660 La Jolla Village Drive, Suite 850 | | | |
| San Diego           CA           92122 | | Reference Number: | |
| Attorney For: PLAINTIFF | | 3720299        77231 | |

| Plaintiff/Petitioner: | JPMorgan Chase Bank, N.A. |
|---|---|
| Defendant/Respondent: | Roxzana Botas HTTA Roxana Botash, et al. |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div.: | Case Number: |
|---|---|---|---|---|
| | | | | NOTICE |

I, the undersigned declare that at the time of the service of the papers herein referred to, I was at least EIGHTEEN (18) years of age, and that I served the following notice:

Notice to Vacate and Coversheet

On the following occupant(s): All Occupants In Care of Named Tenant, Roxzana Botas HTTA Roxana Botash

Address: 159 West Valley Drive
         Fullerton, CA 92833

Date and Time of Service: 8/11/2017 at 4:00pm

BY LEAVING a copy for each above-named occupant with:

Person Served:   Roxzana Botas HTTA Roxana Botash.
Description:     Fem 55 140 Red Hair
Title:           Co-Occupant

A person of suitable age and discretion at the residence or usual place of business of the occupant(s), said occupant(s) being absent thereof, AND MAILING by first-class mail on said date a copy to each occupant by depositing said copies in the U.S. Mail in a sealed envelope with postage fully prepaid,addressed to the above-named occupant(s) at the place where the property is situated.

7. Person Serving (name, address, and telephone No.):

**At orney Service of San Dimas**
142 East Bonita Avenue, #51
San Dimas, CA 91773
(909)394-1202 Fax (909)394-1204

Fee for service: $   $0.00

Sheri Gonzalez
Registered California Process Server
(i) Independent Contractor
(ii) Registration No.: 5599
(iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 8/14/2017

(Signature)